IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEONARDO DONTE,

        Plaintiff,               No. 2:10-cv-0299 JFM (PC)

    vs.

D. SWINGLE, et al.,

        Defendants.        ORDER

        On June 22, 2010, plaintiff filed a motion to amend his March 10, 2010 amended complaint. Plaintiff seeks only to modify the prayer for relief. Specifically, plaintiff seeks general, special and punitive damages according to proof; reasonable attorneys' fees; costs of suit; and "other such relief as the court may deem just and proper." In his amended complaint, plaintiff prayed for "damages and relief."

/////

/////

/////

/////

/////

/////

1

1    Good cause appearing, IT IS HEREBY ORDERED that plaintiff's request is
2 granted.  The amended complaint shall be deemed to include the prayer for relief requested in
3 plaintiff's June 22, 2010 motion.
4 DATED: July 20, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

/014;dont0299.amend