IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEONARDO DONTE,

     Plaintiff,                    No. 2:10-cv-0299 KJM JFM (PC)

    vs.

D. SWINGLE, et al.,

     Defendants.           ORDER

                               /

Plaintiff has requested an extension of time to file an amended opposition to defendant's November 10, 2010 motion to dismiss. On March 16, 2011, however, the undersigned issued findings and recommendations recommending that defendants' motion to dismiss be granted and this action be dismissed for failure to exhaust administrative remedies. The findings and recommendations are presently pending before the Honorable Kimberly J. Mueller. Plaintiff's reason for filing an amended opposition is because he is a participant in the Department of Mental Health, which affects his "moods, abilities, throughts [sic], functions and sleep." This does not constitute good cause to file an amended opposition approximately nine months after the motion to dismiss was filed and five months after the findings and recommendations issued.

/////

/////

/////

1

1   Accordingly, IT IS HEREBY ORDERED that plaintiff's August 1, 2011 motion
2 for leave to file an amended opposition is denied.
3 DATED: August 24, 2011.

UNITED STATES MAGISTRATE JUDGE

/014;dont0299.36(2)